Case: 1:23-mj-00053
Assigned To : Harvey, G. Michael
Assign. Date : 3/7/2023
Description: Complaint W/ Arrest Warrant

**STATEMENT OF FACTS**

On Monday, March 6, 2023, at approximately 8:35 a.m., members of the Metropolitan Police Department (MPD) Criminal Apprehension Unit (CAU) and the ATF/MPD NIBIN Investigations Unit were aware of an active full extradition arrest warrant for William HUNTER. The warrant was issued by Anne Arundel County on October 26, 2022 for Armed Carjacking (OCA #D07CR22014108). Members of law enforcement located HUNTER at xxxx Xxxxxx Xxxx, XX, Washington D.C. and placed him under arrest pursuant to the arrest warrant.

During a search incident to arrest, law enforcement located a handgun in HUNTER's front waistband. The handgun was subsequently determined to be a black Glock 23, .40 caliber handgun with an obliterated serial number. There was one round in the chamber and a high capacity magazine inserted into the well of the handgun. Law enforcement also located a key to HUNTER's apartment in Washington D.C.



The recovered Glock appeared to be fully functional with a barrel length of less than 12 inches, designed to expel a projectile by means of explosion and capable of being fired with a single hand. HUNTER does not have a license to carry a firearm in the District of Columbia and has no registered firearms to his name.

HUNTER was transported to the Seventh District for standard prisoner processing. A criminal history check of HUNTER confirmed that he has a prior criminal conviction for Illegal Possession of a Firearm in Prince George's (Maryland) County Circuit Court under Case No. CT170896X, where he was sentenced to four years of incarceration. HUNTER has a prior criminal

conviction for Burglary in the Third Degree (Dwelling) in Prince George's (Maryland) County Circuit Court under Case No. CT160563X, where he was sentenced to 10 years with 3470 days suspended. HUNTER also has a prior criminal conviction in Prince George's (Maryland) County Circuit Court under Case No. CT160564X, where he was sentenced to 10 years with 3470 days suspended. Based on these previous convictions and terms of imprisonment imposed, HUNTER was aware at the time of his arrest in this case that he has previously been convicted of at least three crimes punishable by imprisonment for a term exceeding one year and that he is unable to possess firearms and ammunition.

Contemporaneous to his arrest, members of law enforcement executed a search warrant, 23-sw-52, issued by the District Court for the District of Columbia on HUNTER's apartment, in XX Washington D.C. Prior to the search warrant execution and HUNTER's arrest, members of law enforcement observed HUNTER exit the apartment building.

From HUNTER's apartment, members of law enforcement seized multiple firearms magazines as well as several calibers of pistol and rifle ammunition, to include .40 caliber ammunition, which is the same caliber as the Glock pistol in HUNTER's waistband at the time of his arrest. No other subjects were found in HUNTER'S apartment.

There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearms and ammunition in this case would have traveled in interstate commerce prior to being recovered in the District of Columbia.

Based on the foregoing, your affiant submits that there is probable cause to believe that HUNTER violated 18 U.S.C. § 922(g)(1), which makes it a crime for any person who has been convicted in a court of a crime punishable by imprisonment for a term exceeding one year to possess any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

_____
DETECTIVE MARCUS TALLEY, BADGE #D2-1724
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this* __7th__ *day of March 2023.*

_____
HONORABLE MICHAEL G. HARVEY
U.S. MAGISTRATE JUDGE